IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0610

FILED

12/17/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0610

360 RECLAIM, LLC, a Montana limited
liability company,

        Plaintiff and Appellant,

    v.

WILLIAM M. RUSSELL, an individual, and
MOUNTAIN VIEW INVESTMENTS, L.C.,
an Idaho limited liability company,

        Defendants and Appellees,

    v.

WILLIAM M. RUSSELL,

        Plaintiff and Appellee,

    v.

360 RECLAIM, LLC, a Montana limited
liability company,

        Defendant, Counter-Plaintiff,
        Third-Party Plaintiff and Appellant,

    v.

WILLIAM M. RUSSELL,

        Counter-Defendant and Appellee,

   and

U.S. TREASURY by and through the
INTERNAL REVENUE SERVICE,

        Third-Party Defendants.

O R D E R

This Court reviews briefs to ensure compliance with Rule 12 of the Montana Rules of Appellate Procedure. After reviewing 360 Reclaim, LLC's opening brief filed electronically on December 17, 2024, this Court has determined that the brief does not comply with the below-referenced rule.

M. R. App. P. 12(1)(i) requires that the relevant judgment, order, findings of fact, conclusions of law, jury instruction, ruling or decision from which the appeal is taken be included as an appendix with 360 Reclaim, LLC's brief to this Court. 360 Reclaim, LLC's brief did not include a copy of the District Court's October 1, 2024 Order and Rationale on Remand and on Various Motions, which 360 Reclaim, LLC appeals.

IT IS THEREFORE ORDERED that within ten (10) days of the date of this Order, 360 Reclaim, LLC shall electronically file with Clerk of this Court a copy of the relevant order as an appendix and shall serve one copy of the relevant orders on each counsel of record;

IT IS FURTHER ORDERED that pursuant to Temporary Electronic Filing Rule 12(a)(4), the seven paper copies of the Appellant's Opening brief must comply with M. R. App. P. 12(1)(i), including copies of the orders and judgment from which the appeal is taken; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the relevant judgment or order.

The Clerk of this Court is directed to provide a true copy of this Order to counsel for the Appellant and to all counsel upon whom the brief was served.

2

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
December 17 2024